IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONSECO LIFE INSURANCE COMPANY, | ) ) ) | |
| | ) | 4:11CV3047 |
| Plaintiff, | ) ) | |
| v. | ) ) | MEMORANDUM AND ORDER |
| JO ANN G. FUNKE, and LINDA B. FUNKE, | ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that the court's scheduling packet order, (filing no. 16), (including all deadlines therein and any obligation to file a Rule 26(f) Report), is set aside pending a ruling on the plaintiff's "Motion to Enjoin Other Actions; to Discharge Plaintiff Conseco Life Insurance Company; to Stay Progression Deadlines; for Judicial Notice; and Request for Costs," (filing no. 17).

DATED this 3rd day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge