IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONSECO LIFE INSURANCE COMPANY, | ) ) ) | 4:11CV3047 |
| Plaintiff, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| JO ANN G. FUNKE, and LINDA B. FUNKE, | ) ) ) | |
| Defendants. | ) | |

This matter is before me on Plaintiff Conseco Life Insurance Company's ("Conseco Life") motion for disbursement of attorney's fees and costs charged against interpleader funds. (Filing 31.) In accordance with the judgment entered on August 24, 2011 (filing 25), Conseco Life's motion is granted. The Clerk of the Court is directed to release to Conseco Life $896.50 from the funds that were deposited with the court on April 1, 2011. Accordingly,

IT IS ORDERED:

1. Conseco Life's motion for disbursement of attorney's fees and costs charged against interpleader funds (filing 31) is granted.

2. In accordance with the judgment entered on August 24, 2011, the Clerk of the Court is directed to release to Conseco Life $896.50 from the funds that were deposited with the court on April 1, 2011.

DATED this 17th day of January, 2012.

>BY THE COURT:
>
>s/ *Richard G. Kopf*
>Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.