IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONSECO LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 4:11CV3047 |
| v. | ) ) | |
| JO ANN G. FUNKE, and LINDA B. FUNKE, | ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

During a status conference held on May 15, 2012, counsel for the defendants advised the undersigned magistrate judge that they have reached a settlement regarding the distribution of funds previously deposited by the plaintiff with the court.

Accordingly,

IT IS ORDERED:

1) On or before June 13, 2012, the defendants shall file their motion, with attached stipulation, for the distribution of funds currently held for this case by the Clerk of the Court.

2) The trial of this case, previously set for June 4, 2012, is cancelled.

DATED this 16th day of May, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge